**Norma Evans GADSDEN,
Plaintiff–Appellant,**

v.

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP, J. Erik Sandstedt, Esq., John Kehoe, Rochelle Feder Hansen, Esq., Defendants–Appellees.**

No. 09–4577–cv.

United States Court of Appeals, Second Circuit.

June 18, 2010.

Norma Evans–Gadsden, pro se, Mount Vernon, NY, for Appellant.

John P. Keil, Rebecca G. Fischer, Collazo Florentino & Keil LLP, New York, NY, for Appellees.

PRESENT: DENNIS JACOBS, Chief Judge, AMALYA L. KEARSE, PIERRE N. LEVAL, Circuit Judges.

### SUMMARY ORDER

Appellant Norma Evans–Gadsden, *pro se*, appeals the district court's post-judgment order denying her motion for reconsideration of a June 2007 order of the district court. That June 2007 order granted the defendants' motion for summary judgment and denied Evans–Gadsden's cross-motion for summary judgment. Evans–Gadsden has also filed a motion with this Court, asking us to compel defendants to answer an interrogatory.

This Court reviews rulings on Rule 60(b) motions for abuse of discretion. *See Transaero, Inc. v. La Fuerza Aerea Boliviana,* 162 F.3d 724, 729 (2d Cir.1998). "A district court would necessarily abuse its discretion if it based its ruling on an erroneous view of the law or on a clearly erroneous assessment of the evidence." *Id.*

Here, the district court correctly determined that Evans–Gadsden's motion for reconsideration, alleging that her adversary had "perpetrated fraud and forgery during the discovery phase of [the] litigation," was untimely. The motion was brought more than two years after the judgment. *See* Fed. R. Civ. P. 60(c); *Warren v. Garvin,* 219 F.3d 111, 114 (2d Cir.2000) (holding the one-year limitations period under Rule 60(c) is "absolute"); *see also King v. First Am. Investigations,* *Inc.,* 287 F.3d 91, 94 (2d Cir.2002) (holding that appeal does not toll the one-year limitations period for filing a Rule 60(b) motion).

We have considered all of Evans–Gadsden's arguments on appeal and find them to be without merit.

Accordingly, the order of the district court is **AFFIRMED** and the motion is **DENIED.**